# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:96cv240

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DONNA H. DELAVEGA-MEZA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Garnishment (#17) is **GRANTED,** and the Order of garnishment filed in this case against the defendant is **DISMISSED**.

Signed: March 30, 2010

Dennis L. Howell
United States Magistrate Judge